No. 11–7139. TAYLOR v. STEELE, WARDEN. Sup. Ct. Mo. Certiorari denied.

No. 11–7212. EMERSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–7213. COTTO v. KELLY, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7222. HAYES v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–7227. HENSE v. MARTIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–7230. FREEMAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–7235. NOLEN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–7242. MOTON v. OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 11–7244. VERDUN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–7246. GUZMAN v. MCQUIGGIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7247. GRIFFIN v. KIRKPATRICK, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–7248. GIBBONS v. WOLFENBARGER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7251. KELLEY v. BRUZZESE ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–7263. WOOD v. MAIN. C. A. 3d Cir. Certiorari denied.